**McGLINCHEY STAFFORD**
Sanford Shatz (SBN 127229)
Thomas S. Van (SBN 209632)
2050 Main Street, Suite 550
Irvine, California 92614
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: tvan@mcglinchey.com
sshatz @mcglinchey.com

Attorneys for *Defendants* **Assurance Financial Group, LLC and Kenneth D. Hodges**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

*Ex rel*. RELATOR LLC, a California Limited Liability Company

Realtor,

v.

KENNETH D. HODGES, an individual; ASSURANCE FINANCIAL GROUP, LLC, a Louisiana Limited Liability Company; and DOES 1-10,

Defendants.

Case No.: 2:22-cv-05200-FWS-GJSx

Hon. Fred W. Slaughter

**DEFENDANTS ASSURANCE FINANCIAL GROUP, LLC AND HODGES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**Hearing**:
Date: November 6, 2025
Time: 10:00 a.m.
Crtrm.: 10D

*[Filed concurrently with Motion to Dismiss Complaint and (Proposed) Order]*

Pursuant to Rule 201(b) and (d) of the Federal Rules of Evidence, *defendants* Assurance Financial Group, LLC ("AFG") and Kenneth D. Hodges ("Hodges") (collectively "Defendants") respectfully requests that the Court take judicial notice of the records more particularly described below.

Federal Rule of Evidence 201 permits the Court to take judicial notice of adjudicative facts, which are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort

to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Notably, the Court may take judicial notice of facts that are a matter of public record. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Mack v. South Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (overruled in part on other grounds by *Astoria Federal Sav. and Loan Ass'n v. Solimino*, 501 U.S. 104 (1991)); *W. Fed. Sav. & Loan Ass'n v. Heflin Corp.*, 797 F.Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of documents in a county's public record, including deeds of trust).

Every significant fact that Plaintiff Relator alleges in the Complaint is publicly available on PandemicOversight.gov, an official website of the United States government. This website is maintained by the Pandemic Response Accountability Committee ("PRAC") of the Council of the Inspectors General on Integrity and Efficiency, and the navigable database qualifies as a "report" for purposes of the public disclosure bar. *See United States ex rel. Rosner v. WB/Stellar IP Owner, LLC*, 739 F. Supp. 2d 396, 405, 407 (S.D.N.Y. 2010) (holding that a "database available on a government website" can qualify as a "report" under the public disclosure bar when "readily available," "free," and "easily navigable").

Based on the above, Defendants respectfully requests that the Court take judicial notice of the records more particularly described below:

- **Van Decl. ¶ 3, Exhibit 1**: A true and correct copy of the Home Page of PandemicOversight.gov as of September 22, 2025.
- **Van Decl. ¶ 4, Exhibit 2:** A true and correct copy of the "Download the Data" Page of PandemicOversight.gov as of September 22, 2025. Page 5 of **Exhibit 2** shows the download links for the Paycheck Protection Program data that is available to the public.
- **Van Decl. ¶ 5, Exhibit 3:** A true and correct copy of the list of downloadable "Data and Resources" from the U.S. Small Business Administration website as to PPP Loans (https://data.sba.gov/dataset/ppp-foia).

- **Van Decl. ¶ 6, Exhibit 4:** A true and correct copy of the electronic database, that is publicly available on the U.S. Small Business Administration website as to PPP loans named "public_150k_plus_240930.csv". Defendant AFG's PPP Loan information is on line "384835" of the spreadsheet.

- **Van Decl. ¶ 6, Exhibit 4.1:** A true and correct copy of the information on the PPP loan of Defendant AFG that is contained within Exhibit 4.

- **Van Decl. ¶ 7, Exhibit 5:** A true and correct copy of the Articles of Organization, CA Limited Liability Company, as to Plaintiff Relator, LLC, File No. 202250918641, dated May 31, 2022

The Court may take judicial notice of the documents referenced herein because they are matters known within the jurisdiction of the court, capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, and matters of public record.

DATED: September 29, 2025

**McGLINCHEY STAFFORD**

By:_________________________
THOMAS S. VAN
Attorneys for *Defendants* **ASSURANCE FINANCIAL GROUP, LLC and KENNETH D. HODGES**

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) **ss.**
**COUNTY OF ORANGE** )

I, Peter Tran, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2050 Main Street, Suite 550, Irvine, California 92614.

On September 29, 2025, I served the document(s) described as follows: **DEFENDANTS ASSURANCE FINANCIAL GROUP, LLC AND HODGES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** as follows:

☐ **BY MAIL**: As follows:

☐ **FEDERAL –** I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY OVERNIGHT COURIER SERVICE as follows:** I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY EMAIL SERVICE as follows:** By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on September 29, 2025, at Irvine, California.

Peter Tran

**SERVICE LIST**
**USDC, Central District Case No. 2:22-cv-05200-FWS-GJSx**
**UNITED STATES OF AMERICA, et al. v. KENNETH D. HODGES, et al.**
**File # 110447.0003**

| | |
|---|---|
| Ross McDougall Cuff<br>AUSA – Office of US Attorney<br>300 North Los Angeles Street<br>Suite 7516<br>Los Angeles, CA 90012 | Attorneys for *Plaintiff* **UNITED STATES OF AMERICA**<br><br>Tel: (213) 894-7388<br>Fax: (213) 894-7819<br>Email: ross.cuff@usdoj.gov |
| Julian Brew<br>Kristen Leigh Nelson<br>Hecht Partners LLP<br>2121 Avenue of the Stars, Suite 800<br>Century City, CA 90067 | Attorneys for *Plaintiff* **RELATOR LLC**<br><br>Tel.: 310-804-8065<br>Fax:<br>Email: jbrew@hechtpartners.com<br>knelson@hechtpartners.com |