_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. 2:22-cv-05200-FWS-DSR                                Date: November 26, 2025
Title: United States of America et al v. Kenneth D. Hodges *et al*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:    ORDER DISMISSING CASE**

Plaintiff-Relator, Relator LLC ("Relator") brings this False Claims Act case against Defendants Kenneth D. Hodges ("Hodges") and Assurance Financial Group ("AFG") alleging that Defendants defrauded the Small Business Administration ("SBA") in connection with AFG's application and receipt of Covid19 pandemic related Paycheck Protection Program ("PPP") funding. (*See generally* Dkt. 1 ("Complaint").) The court granted Defendants' motion to dismiss, finding that Relator's claim fell under the public disclosure bar of the False Claims Act. (Dkt. 57 ("MTD Order").) The court granted Relator leave to amend their complaint. (*Id.* at 7-8.)

Subsequently, Relator "notifie[d] the Court and all parties that it does not intend to file an Amended Complaint" and requested that the court "enter a final judgment of dismissal, not a dismissal for lack of prosecution, and take the order to show cause and scheduling conference off calendar." (Dkt. 60 at 1.) Accordingly, and for the same reasons discussed in the MTD Order, the court **DISMISSES WITHOUT LEAVE TO AMEND** Relator's Complaint. *See Edwards v Marin Park, Inc.*, 356 F.3d 1058, 1063-1065 (9th Cir. 2014) ("When the plaintiff timely responds with a formal notice of his intent not to amend, the threatened dismissal merely ripens into a final, appealable judgment."). The clerk is **DIRECTED** to close this case.

_____