UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RELATOR, LLC, a California limited liability company, Relator,

Plaintiff - Appellant,

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH D. HODGES, an individual; et al.,

Defendants - Appellees.

No. 25-7960

D.C. No.
2:22-cv-05200-FWS-DSR
Central District of California,
Los Angeles

ORDER

The Clerk is directed to temporarily close this court's docket for administrative purposes until January 8, 2027. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on January 6, 2027, at 10:00 a.m. Pacific Time. Each participant will receive an email with dial-in information.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator